# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 27, 2025

Lyle W. Cayce
Clerk

No. 25-10179
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee,*

*versus*

Elisha Earl Johnson,

*Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:24-CR-12-12

———————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Elisha Earl Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Johnson's

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10179

response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.